JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINA HOLDINGS, INC. D/B/A 24/7 CARE AT HOME HOME-HEALTH<br><br>Plaintiff,<br><br>vs.<br><br>HUNG "CHRIS" HUYNH,<br><br>Defendant. | Civil Action No.: 8:19-cv-01585-JLS-DFM<br><br><u>ORDER</u> |

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED

Dated: 11/07/2019

    JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

- 1 -